# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| THOMAS F. BALL III<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | FRANK C. LANEY<br>CIRCUIT MEDIATOR<br>409 ACCOLADE DRIVE<br>CARY, NC 27513<br>(919) 469-2853<br>FAX (919) 469-5278<br>Frank_Laney@ca4.uscourts.gov | DONNA S. HART<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>EDWARD G. SMITH<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |
|---|---|---|

September 16, 2014

Re: 14-1840, Sam Rust Seafood v. Land & Sea Restaurant Company

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for **Monday, September 29, 2014 at 3:00pm** EASTERN time. If there is anyone not listed below that needs to be contacted or anyone below that is listed who does not need to participate in the mediation, please advise my assistant, Lucille Payne at 843-521-4022.

Thank you for your assistance in this matter.

Sincerely,

Frank C. Laney
Circuit Mediator

Copies:  Lynne Jones Blain
Charles Richard Cranwell
Dannel Charles Duddy
Gary Christopher Jones Jr.
James Jebo
Phillip Lingafelt
Cathleen Kailani Memmer
John J. Morgan
Regina Maria Policano
Kenneth John Ries
C. Jay Robbins IV
Justin Ephraim Simmons