FILED: October 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1840
(7:13-cv-00104-GEC-RSB)

_____

SAM RUST SEAFOOD, INC.

       Third Party Plaintiff - Appellant

v.

ROBERT J. COLLIER

       Plaintiff - Appellee


LAND & SEA RESTAURANT COMPANY, LLC, d/b/a Frankie Rowland's Steakhouse; NORM BLOOM AND SON, LLC

       Defendants - Appellees


PERFORMANCE FOOD GROUP, INC., d/b/a Performance Food Service-Virginia; CAPE COD SHELLFISH & SEAFOOD COMPANY

       Third Party Defendants - Appellees

and

WEAVER FRESH SEAFOOD & PRODUCE, LLC

       Third Party Defendant

_____

## CORRECTED ORDER
_____

The court extends the time for filing the response to the motion to dismiss until November 10, 2014.  This order supersedes the order filed October 3, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk